**Order entered January 16, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00717-CR

**FRANCISCO JAMES HURTADO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-81421-2012**

## ORDER

The Court **GRANTS** appellant's January 15,2015 motion to extend time to file his brief.

We **ORDER** the appellant's brief received on January 15, 2015 filed as of the date of this order.

/s/     ADA BROWN
         JUSTICE